WEINREB et al. v. COLEMAN STABLE CO. et al. (Supreme Court, Appellate Term. November 17, 1910.) Appeal from City Court of New York, Special Term. Action by Abraham Weinreb and another against the Coleman Stable Company and others. From an order granting the motion of part only of defendants for a full bill of costs against plaintiffs, plain-

tiffs appeal. Reversed and motion denied. Adolph Freyer, for appellants. May & Jacobson, for respondents.

PER CURIAM. The Special Term had no authority to make the order appealed from. Union Bank of Brooklyn v. Case (Sup.) 84 N. Y. Supp. 551; McLean v. Stewart, 14 Hun, 472; Kiernan v. Agricultural Ins. Co., 3 App. Div. 26, 37 N. Y. Supp. 1070. Order reversed, with $10 costs and disbursements and motion denied, with $10 costs.